RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

March 29, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

1

2    **UNITED STATES DISTRICT COURT
     DISTRICT OF NEVADA**

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5         v.                                      Case No. 2:20-mj-00895-VCF

6    ROBERT BARBER,                               **FINDINGS AND ORDER**

7                    Defendant.

8

9         Based on the pending Stipulation between the defense and the government, and good

10   cause appearing therefore, the Court hereby finds that:

11        1.      The parties desire to continue the preliminary hearing to facilitate pre-

12   indictment resolution. The government has provided defense counsel with Rule 16

13   discovery for that purpose, and the parties are in active plea negotiations. Defense counsel

14   will need additional time to review the discovery and discuss any potential plea offer with

15   his client. The Court finds good cause to continue the hearing to allow the parties to reach a

16   pre-indictment resolution.

17        2.      Both counsel for defendant and counsel for the government agree to the

18   continuance.

19        3.      Defendant is not in custody and agrees to the continuance.

20        4.      The continuance is not sought for the purposes of delay, but to allow defense

21   counsel an opportunity to examine the merits of this case before a potential resolution can

22   be reached between the parties.

23

24

3

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for March 29, 2021, at 4:00 p.m. be vacated and continued to . June 3, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this ____29____ day of _____March_____, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4