Damian R. Sheets, ESQ.
Nevada Bar No. 10755
**NEVADA DEFENSE GROUP**
714 S Fourth Street
Las Vegas, NV 89101
Tel: (702) 988-2600
Fax: (702) 988-9500
E-mail: dsheets@defendingnevada.com
Attorney for Defendant
ROBERT BARBER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| )              Plaintiff,              ) | CASE NO: 2:21-cr-00275-RFB |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| ROBERT BARBER,              ) | **SENTENCING** |
| ) | **(First Request)** |
| )              Defendant.              ) | |
| ) | |
| ) | |

_____

        IT IS HEREBY STIPULATED AND AGREED, by and between JIM FANG, ESQ., Assistant United States Attorney, counsel for the United States of America, and Damian R. Sheets, Esq., counsel for Defendant, ROBERT BARBER, that the Sentencing hearing currently scheduled for May 5, 2022, be continued to a date within two weeks convenient to the court.

        This Stipulation is entered into for the following reasons:

1. Counsel for the defendant is preparing for the hearing.

2. Defendant is out of state and needs time to arrange travel to appear in person

3. Counsel for the defendant has spoken with Jim Fang, Esq, who does not oppose the continuance.

…

…

4. Counsels have agreed to request a continuance of two weeks.

DATED this 5th Day of May, 2022.

s/Jim Fang                                           s/Damian R. Sheets
JIM FANG                                             DAMIAN R. SHEETS, ESQ.
Assistant United States Attorney                     Nevada Bar No. 10755
                                                     Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:21-cr-00275-RFB |
| | ) | |
| vs. | ) | |
| | ) | **FINDINGS OF FACT,** |
| ROBERT BARBER, | ) | **CONCLUSIONS OF LAW** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| _____ | ) | |

The Court having considered the Stipulation between the Plaintiff, United States of America, by and through JIM FANG, ESQ., United States Attorney and Defendant, ROBERT BARBER, by and through DAMIAN R. SHEETS, ESQ., makes the following findings of fact and conclusions of law and enters the following order:

### FINDINGS OF FACT

Counsel for the Government was advised by Damian R. Sheets, Esq., counsel for Defendant, ROBERT BARBER, that Mr. Sheets needs further time to prepare for sentencing.

1. Counsel for the defendant is preparing for the hearing.

2. Defendant is out of state and needs time to arrange travel to appear in person

3. Counsel for the defendant has spoken with Jim Fang, Esq, who does not oppose the continuance.

4. Counsels have agreed to request a continuance of two weeks.

For all of the above stated reasons, the ends of justice would best be served by a continuance of the trial date herein.

### CONCLUSIONS OF LAW

The ends of justice are served by granting said continuance.

### ORDER

Based on the pending Stipulation of the parties and good cause appearing therefore,

**IT IS THEREFORE ORDERED** that the sentencing in this matter currently scheduled for May 5, 2022, be vacated and continue  to   Thursday, May 19, 2022 at the hour of  11:45 AM in LV Courtroom 7C.

DATED this  5th  day of ___May_____, 2022.


_____
RICHARD F. BOULWARE, II
United States District Judge